1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   MARVIN BERRIOS,                        1:11-cv-01435 MJS (PC)

13              Plaintiff,                   ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
14        vs.                               OR PAY FILING FEE WITHIN 45 DAYS

15   J. BONDOC, et al.,

16              Defendants.

17   _____/

18         Plaintiff Marvin Berrios ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

19   action pursuant to 42 U.S.C. § 1983.

20         Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

21   pauperis pursuant to 28 U.S.C. § 1915.

22         Accordingly, IT IS HEREBY ORDERED that:

23         Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

24   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

25   the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

26   **showing of good cause.**  Within sixty (60) days of the date of service of this order, Plaintiff shall

27   submit a certified copy of his/her prison trust statement for the six month period immediately

28   preceding the filing of the Complaint.

**Failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   September 6, 2011          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE